MICHAEL BAILEY
United States Attorney
District of Arizona

WILLIAM C. STAES
Assistant U.S. Attorney
Illinois Bar No. 6314835
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500
Facsimile: 602-514-7693
Email: William.Staes@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jorge Alejandro Rojas,

Plaintiff,

v.

Federal Aviation Administration, et al.,

Defendants.

No. CIV-15-01709-PHX-SMM

**JOINT STATUS REPORT ON SETTLEMENT AND PROPOSED BRIEFING SCHEDULE**

Plaintiff Jorge Alejandro Rojas and Defendants Federal Aviation Administration and United States Department of Transportation (collectively, the "Parties"), by and through their respective counsel, submit the following joint status pursuant to the Court's June 12, 2020 Order (Doc. 62):

1.     On June 11, 2020, the Parties filed a Joint Motion to Vacate Summary Judgment Briefing Schedule and Set Deadlines on Remaining Issues, after the Parties were able to reach a mutually agreeable resolution of the merits of this dispute. The sole issues remaining between the Parties in this case relate to attorney fees and costs under 5 U.S.C. § 552. (Doc. 61.)

2.     On June 12, 2020, the Court entered an Order granting the Parties' above referenced motion; vacating the summary judgment deadlines delineated in the Court's

February 19, 2020 Order (Doc. 60); and ordering the Parties to file a Status Report to the Court, including a proposed summary judgment briefing schedule on the remaining attorney fees and costs issues, in the event that the Parties are not able to reach an agreement to settle this matter on or before July 31, 2020. (Doc. 62.)

3.    The Parties are engaged in discussions to resolve the attorney fees and costs issues, but those discussions have not yet resulted in a final agreement to settle this matter.

4.    Thus, in accordance with the Court's June 12, 2020 Order, the Parties propose the following briefing schedule on attorney fees and costs:

    a.  Plaintiff shall file a motion regarding attorney fees and costs under 5 U.S.C. § 552 on or before September 29, 2020.

    b.  Defendants shall file a response in opposition to Plaintiff's motion on or before November 13, 2020.

    c.  Plaintiff shall file a reply in support of his motion on or before November 30, 2020.

5.    A court has the inherent power to control its docket and the disposition of its cases to promote efficiency of time and effort for both the court and the Parties. *Landis v. North American Co.*, 299 U.S. 248, 254-255, 57 S. Ct. 163, 81 L. Ed. 153 (1936); *Fredrik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Parties submit that the proposed briefing schedule above fulfills these goals by allowing the Parties to continue their attempts to reach a mutually agreeable resolution of this matter, while also permitting them time to fully brief the attorney fees and costs issues, in the event that they are not able to reach an agreement to settle this matter.

6.    For these reasons, the Parties ask the Court to adopt the proposed briefing schedule set forth above and enter an order requiring Plaintiff to file his motion regarding attorney fees and costs under 5 U.S.C. § 552 on or before September 29, 2020; requiring Defendants file a response in opposition to Plaintiff's motion on or before November 13, 2020; and requiring Plaintiff to file a reply in support of his motion on or before November 30, 2020.

RESPECTFULLY  SUBMITTED  on this  31st day of July,  2020.

MICHAEL  BAILEY
United  States  Attorney
District  of Arizona

*s/William  C. Staes*
WILLIAM  C. STAES
Assistant  United  States  Attorney
*Attorneys for Defendants*

CURRY,  PERASON  &  WOOTEN,  PLC

*s/Michael  W. Pearson (with permission)*
Michael  W. Pearson
SBN 016281
814 W. Roosevelt
Phoenix,  Arizona  85007
Telephone:  602-258-1000
Email:  mpearson@azlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2020, I filed the foregoing document with the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

Michael W. Pearson
Curry, Pearson & Wooten, PLC
Attorneys at Law
814 W. Roosevelt
Phoenix, Arizona 85007
mpearson@azlaw.com
Attorneys for Plaintiff


*s/Irene Millsaps*
United States Attorney's Office

4