CURRY, PEARSON
& WOOTEN, PLC
Attorneys at Law
814 W. Roosevelt
Phoenix, Arizona 85007
(602) 258-1000 Fax (602) 523-9000

Michael W. Pearson, AZ SBN 016281
docket@azlaw.com
mpearson@azlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Jorge Alejandro Rojas, | Case No. 17-17349 |
| Appellant/Plaintiff, | D.C. No. CV15-01709-SMM |
| vs. | District of Arizona |
| Federal Aviation Administration, et. al. | **NOTICE OF SETTLEMENT** |
| Appellee/Defendants. | |

Pursuant to Arizona LRCiv 40.2, notice is hereby given to the Court that the parties have reached a settlement in this matter to dismiss all claims in this action. Upon completion of the appropriate settlement documents, the parties will submit a Stipulation for Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED** this 23rd day of September, 2020.

**CURRY, PEARSON & WOOTEN, PLC**

*/s/ Michael W. Pearson*
Michael W. Pearson
814 W. Roosevelt St.
Phoenix, AZ 85007
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Michael Bailey
United States Attorney

William C. Staes
Assistant U.S. Attorney
U.S. Attorney's Office
40 North Central Avenue
Suite 1200
Phoenix, Arizona 85004-4408
*Attorneys for Defendants*

*/s/ Isabel A. Martinez*