CURRY, PEARSON
& WOOTEN, PLC
Attorneys at Law
814 W. Roosevelt
Phoenix, Arizona 85007
(602) 258-1000 Fax (602) 523-9000

Michael W. Pearson, SBN 016281
mpearson@azlaw.com
docket@azlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Alejandro Rojas,<br><br>  Plaintiff,<br><br>  vs.<br><br>Federal Aviation Administration;<br>Department of Transportation,<br><br>  Defendants. | Case No: CV-15-01709-PHX-SMM<br><br><br>**JOINT NOTICE OF STIPULATION<br>OF DISMISSAL**<br><br><br>(Assigned to the Honorable Stephen M.<br>McNamee) |

The Parties, through undersigned counsel, hereby provide notice to the Court of stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff Jorge Rojas and Defendants Federal Aviation Administration and Department of Transportation have resolved this case through a Settlement Agreement and agree and stipulate as follows:

1.    This Stipulation of Dismissal and Court's Order shall constitute dismissal of the above-captioned action with prejudice.

/ / /

/ / /

/ / /

2.    The Dismissal of the action shall be effective upon the Court's entry of this Stipulation of Dismissal and Order on the docket as an order of the Court.

**RESPECTFULLY SUBMITTED** this 3rd day of November, 2020.

**CURRY, PEARSON & WOOTEN, PLC**

*/s/ Michael W. Pearson*
Michael W. Pearson
814 W. Roosevelt St.
Phoenix, AZ 85007
*Attorney for Plaintiff*

*/s/ William C. Staes (with Permission)*
William C. Staes
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
*Attorney for Defendants*

**Curry, Pearson & Wooten, PLC**
814 W. Roosevelt Street
Phoenix, Arizona 85007

Curry, Pearson & Wooten, PLC
814 W. Roosevelt Street
Phoenix, Arizona 85007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

MICHAEL BAILEY
United States Attorney
District of Arizona

William C. Staes
Assistant U.S. Attorney
Arizona State Bar No. 029646
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
*Attorneys for Defendants*

*/s/ Dustin E. Stokes*

3